# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Ivan Hernandez

                          Plaintiff,

v.                                            Case No.: 1:13–cv–07949
                                                           Honorable Matthew F. Kennelly

Cook County Sheriff's Office, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 5, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Ruling on motion hearing held on 11/5/2018. Motion for partial summary judgment [196] is granted as to defendants Nolan and Dart (individual capacity and official capacity) on Count 1; motion is otherwise denied for reasons stated in open court. Motion hearing regarding motion to strike [228], motion to seal document [243] motion for extension of time [250], motion for leave to file excess pages [256], are continued to 11/6/2018 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.